Davis *v.* Alden.

---

### HANNAH H. DAVIS *vs.* WILLIAM H. ALDEN.

A plea to a complaint under Rev. Sts. *c.* 104, that the respondent " is not in pos session of the premises demanded," is bad on general demurrer, and the com plainant is entitled to judgment on the merits.

THIS was a complaint under Rev. Sts. *c.* 104, in the form prescribed by section 4, returnable before the police court of New Bedford, where the respondent pleaded orally, and on ap-

peal to the court of common pleas, pleaded the following de-
fence : " And the said Alden says that he is not in possession
of the premises in said complaint described and demanded."
The complainant demurred to the plea, because it was bad
and insufficient in law. At the December term of the court
of common pleas, the demurrer was sustained, and the re-
spondent appealed.

*T. G. Coffin,* for the respondent. .

*R. C. Pitman,* for the complainant.

BY THE COURT. In a summary proceeding under that
clause of the Rev. Sts. *c.* 104, which is the landlord and tenant
act, the respondent pleads that " he is not in possession of
the described premises," and to this the complainant demurs.
We are of opinion that the plea was bad. It did not amount
to a plea of non-tenure at the time the complaint was filed
and notice served, nor to a disclaimer. It was not a plea of
the general issue, and did not answer the complaint.

*Demurrer sustained ; judgment for the complainant.*